**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| **Juan Carlos Murcia Chavez**, | ) | |
| | ) | |
| Petitioner, | ) | **ORDER GRANTING MOTION** |
| | ) | **FOR TEMPORARY** |
| vs. | ) | **RESTRAINING ORDER** |
| | ) | |
| **Todd Blanche**, in his acting capacity as | ) | Case No. 1:26-cv-145 |
| Attorney General of the United States; | ) | |
| **Markwayne Mullin**, in his official capacity | ) | |
| as Secretary of the Department of Homeland | ) | |
| Security; **Todd Lyons**, in his official | ) | |
| capacity as Acting Director of United States | ) | |
| Immigration and Customs Enforcement; | ) | |
| **David Easterwood**, in his official capacity | ) | |
| as Acting Director, St. Paul Field Office, | ) | |
| U.S. Immigration and Customs Enforcement; | ) | |
| **Kelly Leben**, in his official capacity as | ) | |
| Sheriff of Burleigh County; | ) | |
| | ) | |
| Respondents. | ) | |

---

This matter is before the Court on the Petitioner Juan Carlos Murcia Chavez's Emergency Motions for Temporary Restraining Order and Preliminary Injunction, filed on May 25, 2026. See Doc. Nos. 10 and 14. Based on the Court's review of the Motions, relevant case law, the entire record, and the potential need to schedule a hearing in this matter,[1] **IT IS HEREBY ORDERED** that the Petitioner's Emergency Motion for Temporary Restraining Order (Doc. No. 14) is **GRANTED** as follows:

1. The Respondents shall not remove, transfer, or otherwise facilitate the removal of the Petitioner from the District of North Dakota.

---

[1] Additionally, the undersigned is out of state this week. Temporarily staying the Petitioner's departure from the United States, which is currently set to take place on Thursday, May 28, 2026, will maintain the status quo and allow sufficient time for the parties to brief the pending motion and for the Court to carefully consider the matter.

2.  No other person or agency shall remove, transfer, or otherwise facilitate the removal of the Petitioner from the District of North Dakota on any of the Respondents' behalf.

3.  The Court reserves ruling on the remaining requested injunctive relief.

4.  This Order is effective immediately and shall expire fourteen days after the date of entry unless the Petitioner shows good cause for its extension.

5.  The Respondents shall file a response to the Petitioner's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 10) on or before May 29, 2026. The Petitioner may file a reply on or before June 1, 2026.

**IT IS SO ORDERED.**

Dated this 26th day of May, 2026.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, District Judge
United States District Court