## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| **Juan Carlos Murcia Chavez**, | ) | |
| | ) | |
| Petitioner, | ) | **ORDER EXTENDING TEMPORARY** |
| | ) | **RESTRAINING ORDER** |
| vs. | ) | |
| | ) | Case No. 1:26-cv-145 |
| **Todd Blanche**, in his acting capacity as | ) | |
| Attorney General of the United States; | ) | |
| **Markwayne Mullin**, in his official capacity | ) | |
| as Secretary of the Department of Homeland | ) | |
| Security; **Todd Lyons**, in his official | ) | |
| capacity as Acting Director of United States | ) | |
| Immigration and Customs Enforcement; | ) | |
| **David Easterwood**, in his official capacity | ) | |
| as Acting Director, St. Paul Field Office, | ) | |
| U.S. Immigration and Customs Enforcement; | ) | |
| **Kelly Leben**, in his official capacity as | ) | |
| Sheriff of Burleigh County; | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the Court on the Petitioner Juan Carlos Murcia Chavez's Emergency Motions for Temporary Restraining Order and Preliminary Injunction, filed on May 25, 2026. See Doc. Nos. 10 and 14. On May 26, 2026, the Court granted a Temporary Restraining Order stating that the Respondents shall not remove, transfer, or otherwise facilitate the removal of the Petitioner from the District of North Dakota, as well as that no other person or agency shall do so on any of the Respondents' behalf. See Doc. No. 15. The May 26, 2026, order was set to expire fourteen (14) days from its date of entry, unless good cause was shown for its extension.

The Court finds there is good cause under Rule 65(b) of the Federal Rules of Civil Procedure to extend the Temporary Restraining Order due to the Petitioner's pending appeals before the Board of Immigration Appeals. On May 28, 2026, the Petitioner appealed an Immigration Judge's voluntary departure order. See Doc. No 19-1 (Exhibit A). On June 1, 2026, the Petitioner appealed

1

an Immigration Judge's bond order finding that the Petitioner is a flight risk. See Doc. No. 19-2 (Exhibit B). To maintain the status quo pending the outcome of the Petitioner's two appeals before the Board of Immigration Appeals, **IT IS HEREBY ORDERED** that this Court's May 26, 2026, Temporary Restraining Order is extended. The extension shall expire fourteen (14) days after the date of entry of this Order unless good cause is shown for further extension. The parties shall provide the Court with status updates concerning the outcome of the two pending appeals prior to this Order's expiration.

**IT IS SO ORDERED.**

Dated this 3rd day of June, 2026.

/s/ Daniel L. Hovland
Daniel L. Hovland, District Judge
United States District Court

2