**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

**Juan Carlos Murcia Chavez,**

Petitioner,

vs.

**Todd Blanche**, in his official capacity as Attorney General of the United States; **Markwayne Mullin**, in his official capacity as Secretary of the Department of Homeland Security; **David Venturella**, in his official capacity as Acting Director of United States Immigration and Customs Enforcement; **David Easterwood**, in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement; **Kelly Leben**, in his official capacity as Sheriff of Burleigh County;

Respondents.

**ORDER GRANTING JOINT MOTION TO VACATE TEMPORARY RESTRAINING ORDER**

Case No. 1:26-cv-145

---

Before the Court is the parties' "Joint Motion to Vacate Temporary Restraining Order" filed on October 9, 2026. See Docket No. 53. The Petitioner filed this action on May 4, 2026, by petition for writ of habeas corpus. See Doc. No. 1. The Court granted the petition on May 18, 2026, and ordered the Respondents to provide the Petitioner with a bond hearing. See Doc. No. 9. Following denial of bond by Immigration Judge Kalin Ivany on May 21, 2026, the Petitioner moved on May 25, 2026, for a temporary restraining order prohibiting the Respondents from removing him from the District of North Dakota. See Doc. No. 11. The Court granted the motion on May 26, 2026, and issued a temporary restraining order ("TRO") prohibiting the Respondents from removing the Petitioner from the District of North Dakota. Finding good cause based on the Petitioners pending appeals before the Board of Immigration Appeals, the Court extended the TRO multiple times. See Doc. Nos. 20, 22, 26, 31, 35, 39, 41, 46, 48, and 52. The TRO is currently set to remain in place until October 22, 2026. See Doc. No. 52.

On September 24, 2026, the Board of Immigration Appeals dismissed the Petitioner's appeal regarding the voluntariness of his decision to accept voluntary departure, rendering the Petitioner's order of removal in his immigration case administratively final. See Doc. No. 54. The Petitioner now wishes to return to Honduras and to begin that process immediately. To facilitate the Petitioner's return to Honduras, the Parties jointly moved to vacate the TRO. The Petitioner has informed the Court he will file a stipulation of dismissal of this action once the Respondents have fulfilled their promise to expeditiously return him to Honduras. See Doc. No. 55.

For good cause shown, the parties' Joint Motion to Vacate Temporary Restraining Order (Doc No. 53) is **GRANTED**. Accordingly, the Court's order granting the motion for a TRO (Doc. No. 15) and the most recent order extending the TRO until October 22, 2026 (Doc. No. 52), are hereby **VACATED**.

**IT IS SO ORDERED**.

Dated this 13th day of October, 2026.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, District Judge
United States District Court